# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Timur Geffe, individually and on behalf of others similarly situated and the general public,

vs

Credit Investigation and Arbitration, a business entity, form unknown

**FILED**
APR 28 2008
CLERK U.S. DISTRICT COURT

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0770 JLS BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert L. Hyde
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                     APR 28 2008
CLERK                                      DATE

By _____, Deputy Clerk