Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

Douglas J. Campion, Esq. (SBN: 75381)
**Law Offices of Douglas J. Campion**
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile: (619) 543-9307

Attorneys for Plaintiff
Timur Geffe

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Timur Geffe**, individually and on behalf of other California residents similarly situated and the general public,<br><br>                    Plaintiff,<br>v.<br><br>**Credit Investigation and Arbitration**, a business entity, form unknown | **Case Number:** 08 CV 0770 JLS-BLM<br><br><br><br>**Proof of Service** |

Summons in a Civil Action (Rev 11/97)

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Timur Geffe, individually and on
behalf of others similarly situated
and the general public,

vs

Credit Investigation and Arbitration, a
business entity, form unknown

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0770 JLS BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert L. Hyde
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

APR 2 8 2008

W. Samuel Hamrick, Jr.

CLERK                                                          DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

ROBERT L. HYDE, ESQ. (SBN 227183)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO  CA  92108
619-233-7770                     Ref. No.         : 1104271-01
Attorney for : PLAINTIFF         Atty. File No.   : 08CV0770JSLBLM

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  | : TIMUR GEFFE, et al. | Case No.: 08 CV 0770 JSL BLM |
| DEFENDANT | : CREDIT INVESTIGATION AND ARBITRATION | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT

3. a. Party served    :    CREDIT INVESTIGATION AND ARBITRATION, a business entity, form unknown
   b. Person served   :    ANTWANE KITCHEN, UPS STORE CLERK
                           (PERSON APPARENTLY IN CHARGE)

4. Address where the party was served  1007 W. COLLEGE AVENUE    #290
                                        SANTA ROSA, CA  95401

5. I served the party
   b. **by substituted service.** On May 16, 2008 at 02:45 PM I left the documents listed in item 2
      with or in the presence of  ANTWANE KITCHEN, UPS STORE CLERK,
                                  PERSON APPARENTLY IN CHARGE
      (3) **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) a **declaration of mailing** is attached.
      (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:            CREDIT INVESTIGATION AND ARBITRATION, a business entity, form unknown
      under [xx] CCP 415.95  (business org., form unknown)

7. **Person who served papers**
   a. OLEG GRINSHPAN                              d. Fee for service: $88.50
   b. KNOX ATTORNEY SERVICE, INC.                 e. I am:
      2250 Fourth Avenue                             (3) a registered California process server
      San Diego, California  92101                       (i)   an independent contractor
   c. 619-233-9700                                       (ii)  Registration No.: 152
                                                         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 22, 2008

Signature: _____
          OLEG GRINSHPAN

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)             **PROOF OF SERVICE**

ROBERT L. HYDE, ESQ. (SBN 227183)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770              Ref. No.       : 1104271-01
Attorney for : PLAINTIFF  Atty. File No. : 08CV0770JSLBLM

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : TIMUR GEFFE, et al. | Case No.: 08 CV 0770 JSL BLM |
| DEFENDANT | : CREDIT INVESTIGATION AND ARBITRATION | **DECLARATION REGARDING DILIGENCE** |

I received the within process on 05/13/08. After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served    CREDIT INVESTIGATION AND ARBITRATION, a business entity, form unknown

Business   :    141 STONY CR. SUITE 110, SANTA ROSA CA 95401

                1007 W. COLLEGE AVENUE #290, SANTA ROSA CA 95401

Attempts to effect service are as follows:

   SEE ATTACHED STATUS REPORT

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 22, 2008

Signature: _____
          OLEG KRINSHPAN

Jud. Coun. form, rule 2.150 CRC

**DECLARATION RE DILIGENCE**

**Knox ATTORNEY SERVICE**
2250 Fourth Avenue, San Diego, CA 92101
Phone: (619) 233-9700   Fax: (619) 685-4294

## STATUS REPORT

May 23, 2008

HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO, CA 92108
Attention : LUISA PARRA
Phone : 619-233-7770  Fax: 619-297-1022
Email : luisa@westcoastlitigation.com

**RE KNOX FILE #:** 1104271-01          **YOUR FILE#:** 08CV0770JSLBLM

CASE NUMBER : 08 CV 0770 JSL BLM
CASE NAME   : TIMUR GEFFE, et al. vs.
              CREDIT INVESTIGATION AND ARBITRATION

SERVICE OF PROCESS - We received the documents below on 05/13/08:

SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT

for service upon : **CREDIT INVESTIGATION AND ARBITRATION, a business entity, form unknown**
at the following
address(es) : 141 STONY CR., SUITE 110, SANTA ROSA, CA 95401 (Bus.)

1007 W. COLLEGE AVENUE, #290, SANTA ROSA, CA 95401

The following is a list of attempts to effectuate service:

| Date | Time | Description |
|---|---|---|
| 05/14/08 | 04:39P | Attempted service at the business address; this address is for "Omega Real Estate", they have been here since May 07. Subject is believed to be the previous tenant. |
| 05/15/08 | 03:14P | Received new service address from client |
| 05/16/08 | 02:45P | Attempted service-effected substitute service (Addr #2) |

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Date: May 23, 2008          Signature: _____
                                              OLEG GRINSHPAN

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

ROBERT L. HYDE, ESQ. (SBN 227183)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770  Ref. No.    : 1104271-01
Attorney for : PLAINTIFF  Atty. File No.  : 08CV0770JSLBLM

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : TIMUR GEFFE, et al. | Case No.: 08 CV 0770 JSL BLM |
| DEFENDANT | : CREDIT INVESTIGATION AND ARBITRATION | **DECLARATION OF MAILING** |

RE:  CREDIT INVESTIGATION AND ARBITRATION, a business entity, form unknown

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action. My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On May 19, 2008 I served the within documents:

SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

CREDIT INVESTIGATION AND ARBITRATION, a business entity, form unknown

1007 W. COLLEGE AVENUE, #290
SANTA ROSA, CA  95401

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 19, 2008 at SAN DIEGO, California.

Signature: _____
KIMBERLY FOWLER

**DECLARATION OF MAILING**